**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ROSEMARY BLAKES,**                                                        **PLAINTIFF**
**ADC #705058**

**V.**                        **CASE NO. 1:12CV00074-SWW-BD**

**KAYLA KELLETT**                                                         **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT

PREJUDICE.

IT IS SO ORDERED this 13th day of September, 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE